No. 00–10685. PARSONS *v.* GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–10686. WHITLEY *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–10687. WOODS *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 00–10688. TAYLOR *v.* NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10689. WALKER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10690. SCOTT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–10691. ROSS, AKA ROSS-EL *v.* JOHNSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10692. ROMNEY *v.* KOOIMAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10693. MITCHELL *v.* GARRETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10696. MONSON *v.* BLODGETT, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 00–10697. RODRIGUEZ PALAFOX *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10698. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10699. FRANCISCO MEDINA *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10700. AUGARTEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10702. SEEHAUSEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.